IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TAVARRES J. HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 120-175 |
| ) | |
| AUGUSTA JUDICIAL CIRCUIT, Richmond ) | |
| County; JUDGE SHERYL B. JOLLY; ) | |
| CHRISTOPHER M. CARR, Attorney ) | |
| General; and THE CITY OF AUGUSTA, ) | |
| ) | |
| Defendants. ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 30th day of March, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA