AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TAVARRES J. HENDERSON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-175

        V.

AUGUSTA JUDICIAL CIRCUIT, Richmond County; JUDGE SHERYL B. JOLLY; CHRISTOPHER M. CARR, Attorney General; and THE CITY OF AUGUSTA,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 30, 2021, the Magistrate Judge's Report and Recommendation is Adotped as the Order of the Court. Plaintiff's complaint is Dismissed and this case stands Closed.



| March 30, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *Candy Cebell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020